* The court granted leave to file a reply to Cross–Appellant. The court also granted leave to tile a brief amici curiae to Internet

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**MEDIA QUEUE, LLC, Plaintiff–Appellant,**

v.

**NETFLIX, INC., Defendant–Cross Appellant,**

and

**Blockbuster, Inc., Defendant–Appellee,**

and

**Greencine Holdings, LLC, Defendant.**

Nos. 2010–1199, 2010–1344.

United States Court of Appeals, Federal Circuit.

Sept. 15, 2010.

**ORDER**

A petition for hearing en banc having been filed by the Cross–Appellant, and a response thereto having been invited by the court and filed by the Appellant and Appellee,*

UPON CONSIDERATION THEREOF, it is

---

Retailers, comprised of Crutchfield Corporation, J.C. Penney Corporation, Inc., L.L. Bean, Inc., Newegg, Inc., and Overstock.com.

ORDERED that the petition for hearing en banc be, and the same hereby is, DENIED.

The appeal will be heard by a panel; a party may argue to the panel the need to overrule precedent, or other basis for hearing en banc; and the panel, if so convinced, will request a poll on rehearing en banc.